UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LANDMARK AMERICAN   *
INSURANCE COMPANY   *
        *   CIVIL ACTION NO.: 10-809-RET-CN
v.         *
        *
GULF COAST ANALYTICAL   *
LABORATORIES, INC.    *

## STIPULATION OF DISMISSAL WITH PREJUDICE OF THE COMPLAINT FOR DECLARATORY JUDGMENT ON INSURANCE COVERAGE AND THE COUNTERCLAIM

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Landmark American Insurance Company and Defendant Gulf Coast Analytical Laboratories, Inc. jointly file this Stipulation of Dismissal With Prejudice of the Complaint for Declaratory Judgment on Insurance Coverage and the Counterclaim.

Plaintiff Landmark American Insurance Company dismisses with prejudice its Complaint for Declaratory Judgment on Insurance Coverage, including but not limited to all claims made therein or which could have been made therein whether known or unknown, and all amendments thereto, and Defendant Gulf Coast Analytical Laboratories, Inc. consents to such dismissal with prejudice.

Defendant Gulf Coast Analytical Laboratories, Inc. dismisses with prejudice its Counterclaim filed in this action, including but not limited to all claims made therein or which could have been made therein whether known or unknown, and all amendments thereto, and Plaintiff Landmark American Insurance Company consents to such dismissal with prejudice.

Plaintiff Landmark American Insurance Company and Defendant Gulf Coast Analytical Laboratories, Inc. requests the Court to enter an Order dismissing the Complaint for Declaratory Judgment on Insurance Coverage and the Counterclaim, including but not limited to all claims

made therein or which could have been made by either party whether known or unknown.

Respectfully submitted this 21st day of August, 2012.

Fredrick W. Swaim, III (#28242)
Jason P. Waguespack (#21123)
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Tel: (504) 525-6802
Fax: (504) 525-2456

and

*Admitted Pro Hac Vice*
C. Michael Johnson, Esq.
Georgia Bar No. 392550
Thomas Wingfield, Esq.
Georgia Bar No. 770653
THE JOHNSON FIRM, LLC
One Buckhead Plaza
3060 Peachtree Road, NW
Suite 1050
Atlanta, Georgia 30305
Tel: (404) 442-8834
Fax: (404) 442-8835

*Attorneys for Landmark American Insurance
Company*

Thomas E. Balhoff, T.A. (#2716)
Judith R. Atkinson (#17240)
Carlton Jones, III (#25732)
Roedel, Parsons, Koch, Blache, Balhoff &
McCollister
844 Jefferson Hwy., Suite 301
Baton Rouge, LA 70809-7652
Telephone: (225) 929-7033
Facsimile: (225) 928-4925

*Counsel for Defendant Gulf Coast Analytical
Laboratories, Inc.*